IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00087-ZLW-CBS

DEAN RATHE,

    Plaintiff,

v.

SYSTEM & COMPUTER TECHNOLOGY CORPORATION LONG TERM DISABILITY PLAN;
LIFE INSURANCE COMPANY OF NORTH AMERICA; and
CIGNA GROUP INSURANCE,

    Defendants.
_____

ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

    DATED at Denver, Colorado, this   3   day of        January        , 2005.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court